IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

MICRO MOTION, INC., a Colorado corporation,

   *Plaintiff*,

v.

PRIMORIS SERVICES CORPORATION, a
Delaware corporation, and Q3 CONTRACTING INC.,
a Minnesota corporation,

   *Defendants*.

## COMPLAINT AND JURY DEMAND

Plaintiff Micro Motion, Inc. ("Micro Motion"), a Colorado corporation, by and through its counsel, Snell & Wilmer L.L.P., submits its Complaint and Jury Demand, and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Micro Motion is a Colorado corporation with its principal office street address at 7040 Winchester Circle, Boulder, Colorado 80301.

2. Defendant Q3 Contracting Inc. ("Q3C"), is a Minnesota corporation authorized to do and doing business in Colorado, with its principal office street address at 53 South Owasso Boulevard, Little Canada, Minnesota 55117, and a local office street address at 5300 Colorado Boulevard, Commerce City, Colorado 80022.

3. Defendant Primoris Services Corporation is a Delaware corporation with its principal office street address at 2300 North Field Street, Suite 1900, Dallas, Texas 75201.

4. The amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Jurisdiction is properly before this Court pursuant to 28 U.S.C.A. § 1332 because there is complete diversity of citizenship among the parties.

6. Venue is properly in this Court pursuant to 28 U.S.C.A. § 1391 because the incident at issue occurred in Boulder County, Colorado.

**FACTUAL ALLEGATIONS**

7. Micro Motion designs, manufactures and sells flow and density measurement devices for commercial and industrial applications with a world-wide market for its products.

8. Micro Motion's headquarters and its largest manufacturing facility is located at 7040 Winchester Circle in Boulder, Colorado. Beginning in January 2020, Micro Motion initiated an expansion project at its Boulder facility (the "Expansion Project").

9. Micro Motion retained GE Johnson, Inc. ("GE Johnson") as the general contractor for purposes of the Expansion Project.

10. As part of the Expansion Project, it was necessary to relocate an electrical transformer needed to power new equipment being added to the Boulder facility as part of the Expansion Project (the "Transformer Relocation Project").

11. Micro Motion contacted Primoris Services Corporation, through its Q3C division (collectively "Primoris"),[1] in January 2020 for purposes of a soliciting a quote for work associated with the Transformer Relocation Project. As part of that request for a quote, Primoris

---

[1] The Colorado Secretary of State's records identify Q3 Contracting, Inc. as a Minnesota corporate entity; however, the website for Primoris Services Corporation describes Q3C as a division of Primoris. Thus, Micro Motion has sued both entities in an abundance of caution and seeks judgment jointly and severally against both Defendants. Micro Motion refers to both Defendants collectively as "Primoris" herein.

was provided detailed drawings and construction schedules related to the Expansion Project and the Transformer Relocation Project by Micro Motion's engineering firm, ME Engineers, Inc.

12. As part of the quote process for the Transformer Relocation Project, an employee of Primoris, Stephen Watson, advised Micro Motion that as part of the project he, on behalf of Primoris, would assist with "permitting with the City of Boulder."

13. On April 9, 2020, Primoris submitted its quotation and proposed letter agreement to Micro Motion with its bid for the Transformer Relocation Project in the amount of $63,556.53. The April 9, 2020 quote specifically refers to Primoris' "right-of-way agent" who will assist in the process.

14. As part of the April 9, 2020 quotation submitted by Primoris, design engineering drawings were submitted by Primoris detailing the work to be undertaken by Primoris as part of the Transformation Relocation Project.

15. Primoris was fully aware, as part of the quotation process, that the Expansion Project schedule required switchover to the new transformer beginning July 16, 2020 in order not to delay the Expansion Project.

16. As part of its submittal to Micro Motion, Primoris made assurances and representations to Micro Motion that work by Primoris would start in the first week of June 2020 and the transformer relocation required as part of the Transformer Relocation Project would be completed by June 26, 2020.

17. Micro Motion, relying on the assurances and representations provided by Primoris that the transformer installation would commence the first week of June 2020, agreed to the

quotation and letter Agreement submitted by Primoris and executed the letter agreement on May 5, 2020 (the "Transformer Relocation Agreement").

18. The Transformer Relocation Agreement, attached as **Exhibit A**, obligated Primoris to obtain any necessary "right-of-way" for purposes of the Transformer Relocation Project, and also obligated Primoris to obtain any necessary permits.

19. Micro Motion paid the full contract price of $63,556.53 required by the Transformer Relocation Agreement on May 7, 2020.

20. Despite the assurances and representations by Primoris regarding permitting, right-of-way issues, and the need to have the Transformer Relocation timely performed so as not to delay the Expansion Project, Primoris failed to meet its obligations under the Transformer Relocation Agreement, did not commence the work as promised the first week of June 2020, and did not complete the work timely as promised.

21. Primoris was thereafter again specifically advised by Micro Motion that its failure to mobilize and initiate construction of the Transformer Relocation Project would directly impact the critical path for the Expansion Project because the transformer relocation was necessary in order to actuate equipment necessary to complete construction and to prevent construction delays on the Expansion Project.

22. On June 29, 2020, more than three weeks after deadline for Primoris to mobilize and initiate construction, Primoris advised Micro Motion that "the permit for the work at 7040 has been applied for."

23. On July 6, 2020, more than a month after Primoris failed to mobilize and initiate construction activities related to the Transformer Relocation Project, Primoris advised Micro

Motion that there was a "jurisdictional issue" related to the permitting process, explaining that Primoris initially applied for a permit with Boulder County, but the correct legal entity from which the permit must be obtained was the City of Boulder.

24. Even after the month-long delay in submitting the proper permit application to the proper governmental entity, Primoris promised to schedule and mobilize construction activity on July 27, 2020. Again, however, this did not occur and Primoris advised Micro Motion on the morning of July 27, 2020 that it was unable to begin work under the Transformer Relocation Agreement.

25. Primoris was repeatedly advised by Micro Motion that its failure to mobilize and initiate construction of the Transformer Relocation Project was causing delays to be incurred in connection with the Expansion Project.

26. On August 4, 2020, Micro Motion learned from the City of Boulder Planning and Development Services that Primoris had failed to submit the proper information in order to issue the necessary right-of-way permit.

27. On August 5, 2020, Primoris finally was able to obtain the proper right-of-way permit from the City of Boulder Planning and Development Services.

28. As a result of Primoris' delay in obtaining the required right-of-way permit and failure to mobilize and initiate work under the Transformer Relocation Agreement, Primoris' work required under the Transformer Relocation Agreement was not completed until August 25, 2020, nearly sixty days after the promised completion date.

29. Primoris' delay in completing its work under the Transformer Relocation Agreement constitutes a material breach of the Transformer Relocation Agreement and a breach

of the implied duty of good faith and fair dealing inherent in every Colorado contract, and caused Micro Motion to be damaged.

30. GE Johnson, the general contractor on the Expansion Project, submitted a demand to Micro Motion for delay damages in the amount of $393,183.00 for additional expenses directly and solely attributable to Primoris' delay in completing its work.  The submittal by GE Johnson details 28 lost workdays (39 calendar days) as a result of the delay to critical path progress caused by Primoris' breaches of the Transformer Relocation Agreement.  GE Johnson's claim is attached as **Exhibit B**.

31. Micro Motion was required to pay and did pay GE Johnson the amount of $393,183.00 to satisfy the change order demanded by GE Johnson directly attributable to the damages caused by Primoris delay in timely relocating the transformer.

**FIRST CLAIM FOR RELIEF**
**(Breach of Contract – All Defendants)**

32. Micro Motion hereby incorporates by reference the preceding paragraphs as if fully set forth herein.

33. Micro Motion contracted with Primoris to provide the services set forth in the Transformer Relocation Agreement, including services related to permitting, right-of-way, and performing such services so as not to delay the Expansion Project construction schedule.

34. The Transformer Relocation Agreement is a valid and enforceable contract.

35. Micro Motion has substantially performed all of its obligations under the Transformer Relocation Agreement.

36. Primoris materially breached the Transformer Relocation Agreement by, among other things:

(a) Failing to timely perform its Work required under the Transformer Relocation Agreement in the time period provided and agreed to by Primoris;

(b) Failing to properly and timely pursue necessary permits required by the City of Boulder prior to initiation of the work required under the Transformer Relocation Agreement; and

(c) Failing to properly perform its permitting and construction activities to comport with the construction deadlines.

37. Any conditions precedent to Micro Motion's recovery herein have been satisfied or have occurred.

38. Primoris' breaches of the Transformer Relocation Agreement and the implied covenant of good faith and fair dealing have directly and proximately caused damages to Micro Motion in an amount to be proven at trial and in no event less than the principal sum of $393,183.00, plus attorney's fees, costs, and pre-judgment interest.

## SECOND CLAIM FOR RELIEF
**(Breach of the Implied Covenant of Good Faith and Fair Dealing – All Defendants)**

39. Micro Motion hereby incorporates the preceding paragraphs by reference as if fully set forth herein.

40. The parties to this action entered into the Transformer Relocation Agreement, which is a valid and enforceable contract.

41. Like every Colorado contract, the Transformer Relocation Agreement includes an implied covenant of good faith and fair dealing.

42. Primoris breached the implied covenant by failing to act fairly and in good faith when it, among other things, caused the delays on the Transformer Relocation Project, thereby delaying the Expansion Project.

43. As a direct and proximate cause of Primoris' breach of the implied covenant of good faith and fair dealing, Micro Motion has been damaged in an amount to be proven at trial and in no event less than the principal sum of $393,183.00, plus attorney's fees, costs, and pre-judgment interest.

### THIRD CLAIM FOR RELIEF
(Promissory Estoppel – All Defendants)

44. Micro Motion hereby incorporates the preceding paragraphs by reference as if fully set forth herein.

45. Primoris promised that it would abide by certain deadlines and timely complete its work in connection with the Transformer Relocation Project, so as not to delay the Expansion Project.

46. Primoris should have reasonably expected that its promise to abide by certain deadlines and timely complete its work would induce Micro Motion to take certain actions, including but not limited to paying Primoris.

47. Micro Motion reasonably relied on Primoris' promise and such reliance was detrimental to Micro Motion. For example, but for Primoris' promise to timely complete the Transformer Relocation Project so as not to delay the Expansion Project, Micro Motion would not have selected Primoris for the work or paid Primoris.

48. Primoris breached its promise by failing to timely complete the Transformer Relocation Project, which resulted in delays of the Expansion Project.

49. Primoris' promise must be enforced to prevent injustice.

50. As a direct and proximate result of Primoris' failure to honor and abide by its promise described above, Micro Motion has been damaged in an amount to be proven at trial and

in no event less than the principal sum of $393,183.00, plus attorney's fees, costs, and pre-judgment interest.

## PRAYER FOR RELIEF

WHEREFORE, Micro Motion respectfully prays for judgment jointly and severally against Primoris Services Corporation and Q3 Contracting, Inc. on the claims for relief asserted herein above including and without limitation:

1. Money judgment in an amount no less than the principal sum of $393,183.00 plus additional amounts to be proven at trial;

2. Costs, expenses, attorney's fees, and pre-judgment interest allowed by law, from the earliest date allowable by law, at the highest rate allowable by law, until paid in full; and

3. Such other and further relief as the Court seems just and proper under the circumstances.

## JURY DEMAND

Plaintiff Micro Motion, Inc. requests a trial by jury on all claims and issues so triable.

DATED:  March 2, 2022.

                                              Respectfully submitted,

                                              /s/ Timothy G. O'Neill
                                              Timothy G. O'Neill, #17311
                                              Timothy P. Scalo, #51471
                                              SNELL & WILMER LLP
                                              1200 Seventeenth Street, Suite 1900
                                              Denver, Colorado 80202
                                              Telephone:  (303) 634-2000
                                              Facsimile:   (303) 634-2020
                                              E-mail: toneill@swlaw.com; jsienicki@swlaw.com; tscalo@swlaw.com

                                              ***Attorney for Plaintiff Micro Motion, Inc.***